1054

[No. 54588-4-I. Division One. December 27, 2005.]

NORTH STAR ELECTRIC, INC., *Respondent*, v. GERALD R. KINGEN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-25572-6, Mary Roberts, J., entered June 11, and July 14, 2004. *Affirmed* by unpublished opinion per Baker, J., concurred in by Agid and Schindler, JJ.

[No. 54743-7-I. Division One. December 27, 2005.]

DAWNA M. FOX ET AL., *Appellants*, v. ALCOA, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-39973-6, Michael J. Fox, J., entered August 6, 2004. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Appelwick, A.C.J., and Agid, J.

[No. 54895-6-I. Division One. December 27, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM W. CHISM II, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-09560-1, Paris K. Kallas, J., entered September 10, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55157-4-I. Division One. December 27, 2005.]

THE STATE OF WASHINGTON, *Appellant*, v. DANIEL MARTINEZ, JR., *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-01620-1, James H. Allendoerfer, J., entered September 24, 2004. *Reversed* by unpublished per curiam opinion.